# Exhibit 5



# Department of Energy
Washington, DC 20585

<Current MMDDYYYY>

<Mr./Ms. Respondent Name>
<Account Name>
<Address Line 1>
<City>, <State> <Zip Code>

Reference: OMB NO. <OMB No.> (Expiration Date: <Expiration Date>)

Dear <Mr./Ms. Respondent Name>,

 This is a reminder that your company has not yet responded to the Form EIA-862, the "Cryptocurrency Mining Facilities Report". The reporting period for this iteration of data collection is for [MONTH YEAR] and response to this survey is **due [the last Friday of the month following the data reporting period (previous month)]**.

These data are collected pursuant to the Federal Energy Administration (FEA) Act of 1974, Public Law 93-275 and your response is **mandatory** under the FEA Act.

Form EIA-862 collects data on the energy usage and related characteristics of all the commercial cryptocurrency mining facilities in the U.S. The data are used to monitor the status and patterns of energy usage by cryptocurrency mining in the U.S. and its current and future impact(s) on the energy sector.

 Please submit your response in either of the following ways:

- By Mail: Fill out the paper form and return it in the provided envelope with the pre-paid postage and EIA's return address.
- By Email: Download and fill out an Excel version of the form from [EIA-862 EXCEL FILE LINK] and return it via email to EIA4USA@eia.gov.

If you have any questions, please contact us directly at EIA4USA@eia.gov or call 1-855-EIA-4USA (1-855-342-4872) Monday through Friday, 8:00 AM-6:00 PM ET.

Thank you for supporting EIA's data collection activities.

Sincerely,

Joseph Wilson
Director, Office of Survey Operations
U.S. Energy Information Administration
U.S. Department of Energy