# Exhibit 8

# NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION

Date    01/26/2024

Department of Energy
Energy Information Administration

FOR CERTIFYING OFFICIAL:    Sandra Logan
FOR CLEARANCE OFFICER:    Kenneth Pick

In accordance with the Paperwork Reduction Act, OMB has taken action on your request received 01/24/2024

ACTION REQUESTED:    New collection (Request for a new OMB Control Number)
TYPE OF REVIEW REQUESTED:    Emergency
ICR REFERENCE NUMBER:    202401-1905-002
AGENCY ICR TRACKING NUMBER:
TITLE:    Cryptocurrency Mining Facilities Survey
LIST OF INFORMATION COLLECTIONS:  See next page

OMB ACTION:  Approved without change
OMB CONTROL NUMBER:    1905-0213

The agency is required to display the OMB Control Number and inform respondents of its legal significance in accordance with 5 CFR 1320.5(b).

EXPIRATION DATE:  07/31/2024            DISCONTINUE DATE:

| BURDEN: | RESPONSES | HOURS | COSTS |
|---|---:|---:|---:|
| Previous | 0 | 0 | 0 |
| New | 492 | 246 | 21,491 |
| Difference | | | |
| Change due to New Statute | 0 | 0 | 0 |
| Change due to Agency Discretion | 492 | 246 | 21,491 |
| Change due to Agency Adjustment | 0 | 0 | 0 |
| Change due to PRA Violation | 0 | 0 | 0 |

TERMS OF CLEARANCE:    OMB approves this emergency request, consistent with the requirements for emergency approval under 5 cfr 1320.13. Recognizing that this emergency collection is experimental and provisional with the understood intention that EIA wants to build to a new standard collection, OMB approves this emergency collection contingent on the commitments identified in Supporting Statements A and/or B and the additional terms spelled out here. these terms include that EIA will cognitively test identified content in parallel with data collected in the 6-month period approved here, and with the understanding that EIA will submit non-substantive change requests to OMB for any changes to methods or content for the current approved collection. In Supporting Statement B, language is clear that survey results from this emergency collection will not be used for population-based inference either by using weighting adjustments or model-based methods, and that the collected data will only be representative of the identified respondents in this market study survey. EIA agrees to publish a notice in the federal register to solicit public comment on this collection for no fewer than 60 days.

OMB Authorizing Official:    Dominic J. Mancini
Deputy Administrator,
Office Of Information And Regulatory Affairs

| List of ICs | | | |
|---|---|---|---|
| IC Title | Form No. | Form Name | CFR Citation |
| Cryptocurrency Mining Facilities Report | EIA-862 | Cryptocurrency Mining Facilities Report | 5 CFR 1320.8 |