# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXAS BLOCKCHAIN COUNCIL, a nonprofit association; RIOT PLATFORMS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM, in her official capacity as Secretary of Energy; ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS, in his official capacity as Administrator of Energy Information Administration; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Director of Office of Management and Budget, <br><br> *Defendants*. | Civil Action No. 6:24-cv-99 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Texas Blockchain Council, discloses that it has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated this 22nd day of February 2024.

      Respectfully,

/s/ Mark D. Siegmund

| | | |
|---|---|---|
| Kara M. Rollins* | Chris Davis | Mark D. Siegmund |
| Russell G. Ryan* | Joshua Smeltzer | State Bar Number 24117055 |
| NEW CIVIL LIBERTIES ALLIANCE | GRAY REED | CHERRY JOHNSON SIEGMUND JAMES PLLC |
| 1225 19th St. NW, Suite 450 | 1601 Elm St., Suite 4600 | The Roosevelt Tower |
| Washington, DC 20036 | Dallas, TX 75201 | 400 Austin Avenue, 9th Floor |
| Tel: (202) 869-5210 | Tel: (469) 320-6215 | Waco, Texas 76701 |
| Fax: (202) 869-5238 | Fax: (469) 320-6926 | Tel: (254) 732-2242 |
| kara.rollins@ncla.legal | cdavis@grayreed.com | Fax: (866) 627-3509 |
| russ.ryan@ncla.legal | jsmeltzer@grayreed.com | msiegmund@cjsjlaw.com |
| *Pro Hac Vice Motions Forthcoming | | |
| | Greg White | |
| | 900 Washington Avenue | |
| | Suite 800 | |
| | Waco, Texas 76701 | |
| | Tel: (254) 342-3003 | |
| | Fax: (469) 320-6926 | |

*Counsel for Plaintiffs*