IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXAS BLOCKCHAIN COUNCIL, a nonprofit association; RIOT PLATFORMS, INC., <br><br>   *Plaintiffs*, <br><br>v. <br><br>DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM, in her official capacity as Secretary of Energy; ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS, in his official capacity as Administrator of Energy Information Administration; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Director of Office of Management and Budget, <br><br>   *Defendants*. | Civil Action No. 6:24-cv-99 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Riot Platforms, Inc., a Nevada corporation (Nasdaq: "RIOT"), discloses that it has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

1

Dated this 22nd day of February 2024.

          Respectfully,

*/s/ Mark D. Siegmund*

| | | |
|---|---|---|
| Kara M. Rollins* | Chris Davis | Mark D. Siegmund |
| Russell G. Ryan* | Joshua Smeltzer | State Bar Number 24117055 |
| NEW CIVIL LIBERTIES ALLIANCE | GRAY REED | CHERRY JOHNSON SIEGMUND JAMES PLLC |
| 1225 19th St. NW, Suite 450 | 1601 Elm St., Suite 4600 | The Roosevelt Tower |
| Washington, DC 20036 | Dallas, TX 75201 | 400 Austin Avenue, 9th Floor |
| Tel: (202) 869-5210 | Tel: (469) 320-6215 | Waco, Texas 76701 |
| Fax: (202) 869-5238 | Fax: (469) 320-6926 | Tel: (254) 732-2242 |
| kara.rollins@ncla.legal | cdavis@grayreed.com | Fax: (866) 627-3509 |
| russ.ryan@ncla.legal | jsmeltzer@grayreed.com | msiegmund@cjsjlaw.com |
| *Pro Hac Vice* Motions Forthcoming | | |
| | Greg White | |
| | 900 Washington Avenue | |
| | Suite 800 | |
| | Waco, Texas 76701 | |
| | Tel: (254) 342-3003 | |
| | Fax: (469) 320-6926 | |

      *Counsel for Plaintiffs*