IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXAS BLOCKCHAIN COUNCIL, a nonprofit association; RIOT PLATFORMS, INC.,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM, in her official capacity as Secretary of Energy; ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS, in his official capacity as Administrator of Energy Information Administration; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Director of Office of Management and Budget,<br><br>     *Defendants*. | Civil Action No. 6:24-cv-99 |

**APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiffs Texas Blockchain Council ("TBC") and Riot Platforms, Inc., submit evidence, attached hereto, in support of Plaintiffs' Motion for a Temporary Restraining Order:

1.     Attached as Exhibit 1 is a Letter from Joseph F. DeCarolis to Dominic J. Mancini requesting emergency review and clearance of the Proposed Cryptocurrency Mining Facilities Survey.

2.     Attached as Exhibit 2 is Supporting Statement A for the Cryptocurrency Mining Facilities Survey.

3.     Attached as Exhibit 3 is Supporting Statement B for the Cryptocurrency Mining Facilities Survey.

1

4. Attached as Exhibit 4 is a draft Welcome Letter to crypto mining facilities selected to respond to the Survey.

5. Attached as Exhibit 5 is a draft Reminder Letter to crypto mining facilities selected to respond to the Survey.

6. Attached as Exhibit 6 is a draft Escalation Letter to crypto mining facilities selected to respond to the Survey that did not submit their report by EIA's deadline.

7. Attached as Exhibit 7 is a draft of Form EIA-862, the Cryptocurrency Mining Facilities Report (OMB No. 1905-XXXX) (the Survey).

8. Attached as Exhibit 8 is the Office of Management and Budget's Notice of Action regarding its approval of EIA's emergency request for review of the Cryptocurrency Mining Facilities Survey.

9. Attached as Exhibit 9 is the Office of Management and Budget's Information Collection Request (ICR) Package for the Cryptocurrency Mining Facilities Survey.

10. Attached as Exhibit 10 is Form EIA-862, the Cryptocurrency Mining Facilities Report (OMB No. 1905-0213) (the Survey).

[Remainder of page intentionally left blank.]

Dated this 22nd day of February 2024.

        Respectfully,

        /s/ Mark D. Siegmund

| | | |
|---|---|---|
| Kara M. Rollins* | Chris Davis | Mark D. Siegmund |
| Russell G. Ryan* | Joshua Smeltzer | State Bar Number 24117055 |
| NEW CIVIL LIBERTIES ALLIANCE | GRAY REED | CHERRY JOHNSON SIEGMUND JAMES PLLC |
| 1225 19th St. NW, Suite 450 | 1601 Elm St., Suite 4600 | The Roosevelt Tower |
| Washington, DC 20036 | Dallas, TX 75201 | 400 Austin Avenue, 9th Floor |
| Tel: (202) 869-5210 | Tel: (469) 320-6215 | Waco, Texas 76701 |
| Fax: (202) 869-5238 | Fax: (469) 320-6926 | Tel: (254) 732-2242 |
| kara.rollins@ncla.legal | cdavis@grayreed.com | Fax: (866) 627-3509 |
| russ.ryan@ncla.legal | jsmeltzer@grayreed.com | msiegmund@cjsjlaw.com |
| *Pro Hac Vice Motions Forthcoming | | |
| | Greg White | |
| | 900 Washington Avenue | |
| | Suite 800 | |
| | Waco, Texas 76701 | |
| | Tel: (254) 342-3003 | |
| | Fax: (469) 320-6926 | |

        *Counsel for Plaintiffs*