# Exhibit 6



# Department of Energy
Washington, DC 20585

<Current MMDDYYYY>

<Mr./Ms. Respondent Name>
<Account Name>
<Address Line 1>
<City>, <State> <Zip Code>

Reference: OMB NO. <OMB No.> (Expiration Date: <Expiration Date>)

Dear <Mr./Ms. Respondent Name>,

<Entity Name> has not filed its report with the U.S. Energy Information Administration (EIA) for Form EIA-862, "Cryptocurrency Mining Facilities Report" for the following periods: <Missing Survey Cycle(s) (i.e. June 2017, January – February 2018, etc.)>. Your reports were due to EIA by [**the last Friday of the month following the data reporting period (previous month)**].

We have attempted to contact <Entity Name> staff by mail since <Month & Year when outreach started> to resolve these issues, but without success. Our primary contact at <Entity Name> is <Mr./Ms. Respondent Name>.

Please report for the missing month(s) on Form EIA-862 no later than **<Due Date>**.  If you continue to refuse to file your report, EIA will request further action to compel the production of all information, documents, reports, records, and accounts needed to complete the reporting requirements for your company.

Please submit your response in either of the following ways:

- By Mail: Fill out the paper form and return it in the provided envelope with the pre-paid postage and EIA's return address.
- By Email: Download and fill out an Excel version of the form from [EIA-862 EXCEL FILE LINK] and return it via email to EIA4USA@eia.gov.

If you are *no longer* the person submitting the Form EIA-862, then please provide the following information in an email reply to EIA4USA@eia.gov:

Name of New Preparer:
New Preparer's Address:
New Preparer's Telephone #:
New Preparer's Email Address:

This report is **mandatory** under Title 15 U.S.C. §772(b). Failure to comply may result in criminal fines, civil penalties and other sanctions as provided by Title 15 U.S.C. §797. Title 18 U.S.C. §1001 makes it a criminal offense for any person knowingly and willingly to make to any Agency or Department of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

The timely submission of Form EIA-862 by those required to report is mandatory under 15 USC 772(b), as amended. Failure to respond may result in a civil penalty of not more than $10,633 each day for each violation. The government may bring a civil action to prohibit reporting violations which may result in a temporary restraining order or a preliminary or permanent injunction without bond. In such civil action, the court may also issue mandatory injunctions commanding any person to comply with these reporting requirements.

EIA has a legal mandate to carry out a central, comprehensive, and unified energy data and information program.  All persons owning or operating facilities or business premises who are engaged in any phase of energy supply shall make available to the EIA Administrator such information and periodic reports.  By law the EIA Administrator has the authority to conduct mandatory information collections and obtain the information by issuing subpoenas, conducting physical inspections or by other means identified in 15 U.S.C. 779.

Your assistance in promptly resolving these issues would be greatly appreciated. If you have questions, you can contact EIA4USA@eia.gov, or 855-EIA-4USA (855-342-4872).

Sincerely,


Joseph Wilson
Director, Office of Survey Operations
U.S. Energy Information Administration
U.S. Department of Energy


cc: <CEO/Owner/President/General Counsel>