# Exhibit 9

🇺🇸 An official website of the United States government

Search: ○ Agenda  ○ Reg Review  ● ICR  [Go]

| Home | Unified Agenda | Regulatory Review | Information Collection Review | FAQs / Resources | Contact Us |

Display additional information by clicking on the following: ☑ All  ☑ Brief and OIRA conclusion
☑ Abstract/Justification  ☑ Legal Statutes  ☑ Rulemaking  ☑ FR Notices/Comments  ☑ IC List  ☑ Burden  ☑ Misc.
☑ Common Form Info.  ☑ Certification
View Information Collection (IC) List        View Supporting Statement and Other Documents

Please note that the OMB number and expiration date may not have been determined when this Information Collection Request and associated Information Collection forms were submitted to OMB. The approved OMB number and expiration date may be found by clicking on the Notice of Action link below.

## View ICR - OIRA Conclusion

**OMB Control No:** 1905-0213  
**Status:** Historical Active  
**Agency/Subagency:** DOE/EIA  
**Title:** Cryptocurrency Mining Facilities Survey  
**Type of Information Collection:** New collection (Request for a new OMB Control Number)  
**Type of Review Request:** Emergency  
**OIRA Conclusion Action:** Approved without change  
Retrieve Notice of Action (NOA)

**ICR Reference No:** 202401-1905-002  
**Previous ICR Reference No:**  
**Agency Tracking No:**  

**Common Form ICR:** No  

**Approval Requested By:** 01/29/2024  
**Conclusion Date:** 01/26/2024  
**Date Received in OIRA:** 01/24/2024  

**Terms of Clearance:** OMB approves this emergency request, consistent with the requirements for emergency approval under 5 cfr 1320.13. Recognizing that this emergency collection is experimental and provisional with the understood intention that EIA wants to build to a new standard collection, OMB approves this emergency collection contingent on the commitments identified in Supporting Statements A and/or B and the additional terms spelled out here. these terms include that EIA will cognitively test identified content in parallel with data collected in the 6-month period approved here, and with the understanding that EIA will submit non-substantive change requests to OMB for any changes to methods or content for the current approved collection. In Supporting Statement B, language is clear that survey results from this emergency collection will not be used for population-based inference either by using weighting adjustments or model-based methods, and that the collected data will only be representative of the identified respondents in this market study survey. EIA agrees to publish a notice in the federal register to solicit public comment on this collection for no fewer than 60 days.

|  | Inventory as of this Action | Requested | Previously Approved |
|---|---|---|---|
| **Expiration Date** | 07/31/2024 | 6 Months From Approved |  |
| **Responses** | 492 | 0 | 0 |
| **Time Burden (Hours)** | 246 | 0 | 0 |
| **Cost Burden (Dollars)** | 21,491 | 0 | 0 |

**Abstract:** Form EIA-862, the Cryptocurrency Mining Facilities Report, will collect information from commercial cryptocurrency companies in the United States. Specifically, it will develop a baseline snapshot of the cryptomining companies in the sample; quantify the rate of change in cryptomining activity among the companies in the sample; identify electricity sources for US cryptominers in the sample; and, identify regions of the United States with concentrated cryptomining activity is located based off the companies in the sample.

**Emergency Justfication:** Pursuant to Office of Management and Budget (OMB) procedures established at 5 CFR Part 1320, Controlling Paperwork Burdens on the Public, EIA requests that the proposed information collection project, "Proposed Emergency Survey – Cryptocurrency Mining Facilities" be processed as an Emergency Revision Request in accordance with Section 1320.13, Emergency Processing. EIA has determined that the information should be collected prior to the expiration of time period established under Part 1320. EIA is making this request under 1320.13.2.i because public harm is reasonably likely if normal clearance procedures are followed. As evidence, the price of Bitcoin has increased roughly 50% in the last three months, and higher prices incentivize more cryptomining activity, which in turn increases electricity consumption. At the time of this writing, much of the central United States is in the grip of a major cold snap that has resulted in high electricity demand. The combined effects of increased cryptomining and stressed electricity systems create heightened uncertainty in electric power markets, which could result in demand peaks that affect system operations and consumer prices, as happened in Plattsburgh, New York in 2018. Such conditions can materialize and dissipate rapidly. Given the emerging and rapidly changing nature of this issue and because we cannot quantitatively assess the likelihood of public harm, EIA feels a sense of urgency to generate credible data that would provide insight into this unfolding issue.

**Authorizing Statute(s):** US Code: 15 USC 764 Name of Law: Federal Energy Administration Act of 1974
  US Code: 15 USC 790a Name of Law: Federal Energy Administration Act of 1974
  US Code: 15 USC 772 Name of Law: Federal Energy Administration Act of 1974

**Citations for New Statutory Requirements:** None

### Associated Rulemaking Information

| RIN: | Stage of Rulemaking: | Federal Register Citation: | Date: |
|---|---|---|---|
|  | Not associated with rulemaking |  |  |

### Federal Register Notices & Comments
**Did the Agency receive public comments on this ICR?** No

**Number of Information Collection (IC) in this ICR:** 1

| IC Title | Form No. | Form Name |
|---|---|---|
| Cryptocurrency Mining Facilities Report | EIA-862 | Cryptocurrency Mining Facilities Report |

### ICR Summary of Burden

| | Total Approved | Previously Approved | Change Due to New Statute | Change Due to Agency Discretion | Change Due to Adjustment in | Change Due to Potential Violation of |
|---|---|---|---|---|---|---|

|  | | | | Estimate | | the PRA |
|---|---|---|---|---|---|---|
| Annual Number of Responses | 492 | 0 | 0 | 492 | 0 | 0 |
| Annual Time Burden (Hours) | 246 | 0 | 0 | 246 | 0 | 0 |
| Annual Cost Burden (Dollars) | 21,491 | 0 | 0 | 21,491 | 0 | 0 |

**Burden increases because of Program Change due to Agency Discretion:** Yes
**Burden Increase Due to:** Miscellaneous Actions
**Burden decreases because of Program Change due to Agency Discretion:** No
**Burden Reduction Due to:**
**Short Statement:** New Emergency Data Collection Request

**Annual Cost to Federal Government:** $193,152
**Does this IC contain surveys, censuses, or employ statistical methods?** Yes Part B of Supporting Statement
**Does this ICR request any personally identifiable information (see** OMB Circular No. A-130 **for an explanation of this term)? Please consult with your agency's privacy program when making this determination.**     No
**Does this ICR include a form that requires a Privacy Act Statement (see** 5 U.S.C. §552a(e)(3)**)? Please consult with your agency's privacy program when making this determination.**     No
**Is this ICR related to the Affordable Care Act [Pub. L. 111-148 & 111-152]?** No
**Is this ICR related to the Dodd-Frank Wall Street Reform and Consumer Protection Act, [Pub. L. 111-203]?** No
**Is this ICR related to the American Recovery and Reinvestment Act of 2009 (ARRA)?** No
**Is this ICR related to the Pandemic Response?** No
**Agency Contact:** Kenneth Pick 202 586-5562 kenneth.pick@eia.gov

**Common Form ICR:** No

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9 and the related provisions of 5 CFR 1320.8(b)(3).
The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

- ☑ (a) It is necessary for the proper performance of agency functions;
- ☑ (b) It avoids unnecessary duplication;
- ☑ (c) It reduces burden on small entities;
- ☑ (d) It uses plain, coherent, and unambiguous language that is understandable to respondents;
- ☑ (e) Its implementation will be consistent and compatible with current reporting and recordkeeping practices;
- ☑ (f) It indicates the retention periods for recordkeeping requirements;
- ☑ (g) It informs respondents of the information called for under 5 CFR 1320.8 (b)(3) about:
    - (i) Why the information is being collected;
    - (ii) Use of information;
    - (iii) Burden estimate;
    - (iv) Nature of response (voluntary, required for a benefit, or mandatory);
    - (v) Nature and extent of confidentiality; and
    - (vi) Need to display currently valid OMB control number;
- ☑ (h) It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected.
- ☑ (i) It uses effective and efficient statistical survey methodology (if applicable); and
- ☑ (j) It makes appropriate use of information technology.

If you are unable to certify compliance with any of these provisions, identify the item by leaving the box unchecked and explain the reason in the Supporting Statement.
**Certification Date:** 01/24/2024




 Reginfo.gov
**An official website of the** U.S. General Services Administration    **and the** Office of Management and Budget

| About Us | About GSA | About OIRA | Related Resources | Disclosure | Accessibility | FOIA | Privacy Policy | Contact Us |

Looking for U.S. government information and services?
Visit USA.gov