# Exhibit 10



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

## INSTRUCTIONS

**YOUR RESPONSE IS REQUIRED BY LAW**

This report is **mandatory** under the Federal Energy Administration Act of 1974 (Public Law 93-275).  Failure to comply may result in criminal fines, civil penalties and other sanctions as provided by law.  For further information concerning sanctions and data protections, see the provision on sanctions and the provision concerning confidentiality of information in the instructions. **Title 18 USC 1001 makes it a criminal offense for any person knowingly and willingly to make to any Agency or Department of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.**

**REQUIRED RESPONDENTS**

Respondents to the Form EIA-862 who are required to complete this form are all commercial cryptocurrency mining facilities in the United States.

**PURPOSE**

Form EIA-862 collects data on the energy usage, and related characteristics, of commercial cryptocurrency mining facilities in the United States. The data are used to monitor the current status and patterns of energy usage by cryptocurrency mining in the United States.

**DUE DATE**

The status information provided on the EIA-862 should be the status of the facility as of the end of the data reporting period.  The report is due on approximately the last Friday of the month following the data reporting period (previous month).

**HOW TO FILE A RESPONSE**

By mail: Complete Form EIA-862 and return it in the prepaid postage envelope to the address below.

    U.S. Department of Energy (EI-23)

    ATTN: EIA-862

    Ben Franklin Station

    PO Box 279

    Washington, DC 20044-0279

By phone: Call 1-855-EIA-4USA (1-855-342-4872) Monday through Friday, 8:00 AM to 6:00 PM E.T. to complete EIA-862 with an interviewer.

**QUESTIONS**

If you have a question about this survey or the data requested, contact the EIA Survey Support Team:

    By email: eia4usa@eia.gov

    By phone: 1-855-EIA-4USA (1-855-342-4872) Monday through Friday, 8:00 AM to 6:00 PM E.T.



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [ ]          Reporting Period: [ ]

## SCHEDULE 1. IDENTIFICATION

### Company:
What is the company for which this survey is being completed?

| | |
|---|---|
| *Company Name* | |
| *Mailing Address* | |
| *Mailing City* | |
| *Mailing State* | *Mailing Zip Code* |

Please complete if the Company's Location Address is different from its Mailing Address:

| | |
|---|---|
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |

### Survey Contact:
Who is the survey contact for this company?

| | |
|---|---|
| *First Name* | |
| *Last Name* | |
| *Title* | |
| *Email* | |
| *Telephone* | *FAX* |

### Survey Contact's Supervisor:
Who is the survey contact's supervisor?

| | |
|---|---|
| *First Name* | |
| *Last Name* | |
| *Title* | |
| *Email* | |
| *Telephone* | *FAX* |

Company ID: [                    ]          Reporting Period: [                    ]

## **SCHEDULE 1 CONTINUED**

### Cryptocurrency Activities:

Does this company serve as a cryptocurrency **validator** that involves using a proof-of-stake (PoS) consensus mechanism to validate transactions on a blockchain network(s)? Please answer regardless of ownership of any facilities, equipment, cryptocurrency, etc.

| ☐ | YES |
|---|---|
| ☐ | NO |
| ☐ | DON'T KNOW |

Does this company engage in cryptocurrency **mining** that involves using a proof-of-work (PoW) consensus mechanism to add and verify transactions on a blockchain network(s)? Please answer regardless of ownership of any facilities, equipment, cryptocurrency, etc.

| ☐ | YES (continue to next question below) |
|---|---|
| ☐ | NO (skip to Schedule 4 Comments section) |
| ☐ | DON'T KNOW (skip to Schedule 4 Comments section) |

### Number of Cryptocurrency Mining Facilities:

How many cryptocurrency mining facilities did this company own and/or operate in the United States at the end of the reporting period? Please answer regardless of ownership of the facility, equipment, cryptocurrency, etc.

A "cryptocurrency mining facility" houses electronic equipment that is used for mining cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network. Facilities may include other activities, such as data storage, cloud computing, etc., but must include cryptocurrency mining.

*Number of facilities* [                    ]

**Please complete Schedule 2 for each cryptocurrency mining facility (e.g. Schedule 2A for the first facility, Schedule 2B for the second, and so on).** If there are more facilities to report for than there are Schedule 2s in this survey, you can download this entire survey in Excel format or download and print additional Schedule 2s from EIA's website: https://www.eia.gov/survey/#eia-862

**If there are not any cryptocurrency mining facilities that this company owns and/or operates, please explain in the Schedule 4 Comments section and submit the form to EIA.**



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [          ]    Facility ID: [          ]    Reporting Period: [          ]

## SCHEDULE 2A. CRYPTOCURRENCY MINING FACILITY #1

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #1 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* [          ]    *Longitude* [          ] |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* [          ] MWh

### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* [          ] %

### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* [          ]

Company ID: [　　　　　]   Facility ID: [　　　　　]   Reporting Period: [　　　　　]

## SCHEDULE 2A CONTINUED

---

**Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| | | | |
|---|---|---|---|
| *Energy Supplier 1* | % | → | *Company Name* | |
| *Energy Supplier 2* | % | → | *Company Name* | |
| *Energy Supplier 3* | % | → | *Company Name* | |
| *Energy Supplier 4* | % | → | *Company Name* | |
| *Energy Supplier 5* | % | → | *Company Name* | |

**100%**

---

**Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| | | | | |
|---|---|---|---|---|
| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [          ]   Facility ID: [          ]   Reporting Period: [          ]

## SCHEDULE 2B. CRYPTOCURRENCY MINING FACILITY #2

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #2 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* [          ] *Longitude* [          ] |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* [          ] MWh

### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* [          ] %

### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* [          ]

| Company ID: | Facility ID: | Reporting Period: |
|---|---|---|

## <u>SCHEDULE 2B CONTINUED</u>

---

**Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| | | | |
|---|---|---|---|
| *Energy Supplier 1* | % | → | *Company Name* |
| *Energy Supplier 2* | % | → | *Company Name* |
| *Energy Supplier 3* | % | → | *Company Name* |
| *Energy Supplier 4* | % | → | *Company Name* |
| *Energy Supplier 5* | % | → | *Company Name* |
| | **100%** | | |

---

**Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| | | | | |
|---|---|---|---|---|
| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: ⬚   Facility ID: ⬚   Reporting Period: ⬚

### SCHEDULE 2C. CRYPTOCURRENCY MINING FACILITY #3

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

#### Facility #3 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* *Longitude* |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

#### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* ⬚ MWh

#### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* ⬚ %

#### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* ⬚

Company ID: [　　　　　]  Facility ID: [　　　　　]  Reporting Period: [　　　　　]

## SCHEDULE 2C CONTINUED

### Energy Suppliers:

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| | | | |
|---|---|---|---|
| *Energy Supplier 1* | % | → *Company Name* | |
| *Energy Supplier 2* | % | → *Company Name* | |
| *Energy Supplier 3* | % | → *Company Name* | |
| *Energy Supplier 4* | % | → *Company Name* | |
| *Energy Supplier 5* | % | → *Company Name* | |
| | **100%** | | |

### Cryptocurrency Mining Equipment Characteristics:

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| | | | | |
|---|---|---|---|---|
| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



**Independent Statistics and Analysis**
**U.S. Energy Information**
**Administration**

**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: _____   Facility ID: _____   Reporting Period: _____

## SCHEDULE 2D. CRYPTOCURRENCY MINING FACILITY #4

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #4 Identification:

What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | |
| *Location Zip Code* | |
| *Geographic Coordinates:* | *Latitude* _____ *Longitude* _____ |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:

During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* _____ MWh

### Electricity for Cryptocurrency Mining:

What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* _____ %

### Electric Service Provider:

Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* _____

| Company ID: | | Facility ID: | | Reporting Period: | |
|---|---|---|---|---|---|

## **SCHEDULE 2D CONTINUED**

**Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| *Energy Supplier 1* | % | → | *Company Name* | |
| *Energy Supplier 2* | % | → | *Company Name* | |
| *Energy Supplier 3* | % | → | *Company Name* | |
| *Energy Supplier 4* | % | → | *Company Name* | |
| *Energy Supplier 5* | % | → | *Company Name* | |
| | **100%** | | | |

**Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [　　　　] Facility ID: [　　　　] Reporting Period: [　　　　]

## SCHEDULE 2E. CRYPTOCURRENCY MINING FACILITY #5

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #5 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* [　　] *Longitude* [　　] |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* [　　　　] MWh

### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* [　　] %

### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* [　　　　]

| Company ID: | Facility ID: | Reporting Period: |
|---|---|---|

### SCHEDULE 2E CONTINUED

**Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| | | | |
|---|---|---|---|
| *Energy Supplier 1* | % | → | *Company Name* |
| *Energy Supplier 2* | % | → | *Company Name* |
| *Energy Supplier 3* | % | → | *Company Name* |
| *Energy Supplier 4* | % | → | *Company Name* |
| *Energy Supplier 5* | % | → | *Company Name* |
| | **100%** | | |

**Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| | | | | |
|---|---|---|---|---|
| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



Independent Statistics and Analysis
**U.S. Energy Information Administration**

**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: _____   Facility ID: _____   Reporting Period: _____

## SCHEDULE 2F. CRYPTOCURRENCY MINING FACILITY #6

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #6 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* _____ *Longitude* _____ |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* _____ MWh

### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* _____ %

### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* _____

| Company ID: | | Facility ID: | | Reporting Period: | |
|---|---|---|---|---|---|

## <u>SCHEDULE 2F CONTINUED</u>

**Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| *Energy Supplier 1* | % | → | *Company Name* | |
|---|---|---|---|---|
| *Energy Supplier 2* | % | → | *Company Name* | |
| *Energy Supplier 3* | % | → | *Company Name* | |
| *Energy Supplier 4* | % | → | *Company Name* | |
| *Energy Supplier 5* | % | → | *Company Name* | |
| | **100%** | | | |

**Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
|---|---|---|---|---|
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: _____   Facility ID: _____   Reporting Period: _____

## SCHEDULE 2G. CRYPTOCURRENCY MINING FACILITY #7

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #7 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* _____ *Longitude* _____ |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* _____ MWh

### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* _____ %

### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* _____

| Company ID: | | Facility ID: | | Reporting Period: | |
|---|---|---|---|---|---|

## **SCHEDULE 2G CONTINUED**

### **Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| | | | | |
|---|---|---|---|---|
| *Energy Supplier 1* | % | → | *Company Name* | |
| *Energy Supplier 2* | % | → | *Company Name* | |
| *Energy Supplier 3* | % | → | *Company Name* | |
| *Energy Supplier 4* | % | → | *Company Name* | |
| *Energy Supplier 5* | % | → | *Company Name* | |
| | **100%** | | | |

### **Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| | | | | |
|---|---|---|---|---|
| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

Independent Statistics and Analysis
**U.S. Energy Information Administration**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [          ]   Facility ID: [          ]   Reporting Period: [          ]

## SCHEDULE 2H. CRYPTOCURRENCY MINING FACILITY #8

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #8 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* [        ]  *Longitude* [        ] |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* [          ] MWh

### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* [        ] %

### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* [          ]

Company ID: [          ]   Facility ID: [          ]   Reporting Period: [          ]

## SCHEDULE 2H CONTINUED

---

**Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| | | | |
|---|---|---|---|
| *Energy Supplier 1* | % | → *Company Name* | |
| *Energy Supplier 2* | % | → *Company Name* | |
| *Energy Supplier 3* | % | → *Company Name* | |
| *Energy Supplier 4* | % | → *Company Name* | |
| *Energy Supplier 5* | % | → *Company Name* | |

**100%**

---

**Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| | | | | |
|---|---|---|---|---|
| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [            ]   Facility ID: [            ]   Reporting Period: [            ]

## SCHEDULE 2I. CRYPTOCURRENCY MINING FACILITY #9

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #9 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* [      ]  *Longitude* [      ] |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* [            ] MWh

### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* [      ] %

### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* [            ]

| Company ID: | | Facility ID: | | Reporting Period: | |
|---|---|---|---|---|---|

## <u>SCHEDULE 2I CONTINUED</u>

**Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| Energy Supplier 1 | % | → | Company Name | |
| Energy Supplier 2 | % | → | Company Name | |
| Energy Supplier 3 | % | → | Company Name | |
| Energy Supplier 4 | % | → | Company Name | |
| Energy Supplier 5 | % | → | Company Name | |
| | **100%** | | | |

---

**Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| Mining Unit Count: | Maximum | units | Average | units |
|---|---|---|---|---|
| Mining Unit Age: | Newest | months | Average | months |
| Mining Electric Load: | Highest | MW | Average | MW |
| Mining Hash Rate: | Maximum | TH/s | Average | TH/s |



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [ ]  Facility ID: [ ]  Reporting Period: [ ]

## SCHEDULE 2J. CRYPTOCURRENCY MINING FACILITY #10

A "cryptocurrency mining facility" means a facility that houses electronic equipment used for mining of cryptocurrency, which involves a proof-of-work consensus mechanism to add and verify new transactions on a blockchain network.

### Facility #10 Identification:
What is the facility for which this Schedule is being completed?

| | |
|---|---|
| *Facility Name* | |
| *Location Address* | |
| *Location City* | |
| *Location State* | *Location Zip Code* |
| *Geographic Coordinates:* | *Latitude* [ ] *Longitude* [ ] |

**Answer the remaining questions regardless of ownership of facility, equipment, or cryptocurrency.**

### Electricity Consumption:
During the reporting period, what was the electricity consumption for the entire facilty, in megawatthours (MWh)? Please include all electricity consumption at the facility (not just for cryptocurrency mining, if applicable) from all electricity suppliers.

*Entire Facility Electricity Consumption* [ ] MWh

### Electricity for Cryptocurrency Mining:
What percentage of all the facility's electricity consumption during the reporting period was used only for cryptocurrency mining? Exclude any other activities that could be in the facility, like data storage, cloud computing, space cooling and heating, lighting, etc. If actual data are not available, please provide your best estimate.

*Percent of Electricity Used for Cryptocurrency Mining* [ ] %

### Electric Service Provider:
Please report the company name of the facility's electric service provider.  The electric service provider is the company that provides electricity services to the facility and to other end-users that are located in its service territory. It may or may not supply the energy component of the service to the facility.

*Electric Service Provider* [ ]

| Company ID: | | Facility ID: | | Reporting Period: | |
|---|---|---|---|---|---|

## SCHEDULE 2J CONTINUED

**Energy Suppliers:**

Please report the average percentage of all the electricity consumed at this facility during the reporting period that was purchased from each energy supplier and the name of each energy supplier. If actual data are not available, provide your best estimates.

An "energy supplier" includes any entities, such as the electric service provider, wholesalers, retailers, delivery companies, power plants, utilities, etc. that energy for the facility was purchased from via a monthly rate, power purchase agreement, contract, or other arrangement.  If there are more than five suppliers, report the five that the most energy for the facility was purchased from during the reporting period.

| | | | |
|---|---|---|---|
| *Energy Supplier 1* | % | → | *Company Name* |
| *Energy Supplier 2* | % | → | *Company Name* |
| *Energy Supplier 3* | % | → | *Company Name* |
| *Energy Supplier 4* | % | → | *Company Name* |
| *Energy Supplier 5* | % | → | *Company Name* |
| | **100%** | | |

**Cryptocurrency Mining Equipment Characteristics:**

In the space below, please report each of the following characteristics about cryptocurrency mining equipment at the facility. If actual data are not available, please provide your best estimates.

"Mining equipment" represents an individual processing unit (e.g., an Application-Specific Integrated Circuit [ASIC] unit, Graphic Processing Unit [GPU], etc.) used for mining cryptocurrency.

● Mining Equipment Unit Counts: the maximum number and average number of mining units that were in operation during the reporting period.
● Mining Equipment Unit Age: the age, in months, of the newest mining unit and the average age, in months, of all mining units that were in operation at the end of the reporting period.
● Mining Equipment Electric Load: the megawatts (MW) needed by all mining equipment when operating at the highest, peak capacity and the average megawatts needed for mining equipment that was in operation during the reporting period.
● Mining Equipment Hash Rate: the maximum hash rate reached during the reporting period and the average overall hash rate for the reporting period, in terahashes per second (TH/s).

| | | | | |
|---|---|---|---|---|
| *Mining Unit Count:* | *Maximum* | units | *Average* | units |
| *Mining Unit Age:* | *Newest* | months | *Average* | months |
| *Mining Electric Load:* | *Highest* | MW | *Average* | MW |
| *Mining Hash Rate:* | *Maximum* | TH/s | *Average* | TH/s |



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [                    ]          Reporting Period: [                    ]

### SCHEDULE 3. ELECTRICITY BILLS

**Electricity Bills:**

**Please submit a copy to EIA of the electricity bill(s) for the reporting period for each cryptocurrency mining facility reported on in the Schedule 2s of this survey.** The bill(s) can be sent to EIA along with this survey via mail, or sent via email to eia4usa@eia.gov.

If the bill(s) does not cover the full reporting period, submit the bill(s) that covers the most of it. If any bill(s) includes multiple facilities, indicate the account number and charges associated with each facility reported on in Schedule 2. If there are bills from multiple electricity suppliers, please include the bill(s) from each one. If any facilities get multiple bills from one supplier (e.g., for multiple meters), submit a copy of each.

**If you are unable to submit a copy of any facility's electricity bill(s), please explain why in the space below.** Indicate the Schedule 2 for each facility in the comment (e.g., "For Facility #1 reported in Schedule 2A…").



**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

Company ID: [                    ]          Reporting Period: [                    ]

## SCHEDULE 4 - COMMENTS

Report any comments in the space below and then return the EIA 862 survey to EIA.

If you report any comments about a specific cryptocurrency mining facility, please indicate the Schedule 2 for that facility in the comment (e.g., "For Facility #1 reported in Schedule 2A…").



**Independent Statistics and Analysis**
**U.S. Energy Information Administration**

**EIA-862**
**CRYPTOCURRENCY MINING**
**FACILITIES REPORT**

OMB No. 1905-0213
Approval Expires: 7/31/2024
Burden Hours: 0.5 hours

## ADDITIONAL INFORMATION

### DEFINITIONS
A glossary with some key terms is available online at: www.eia.gov/glossary/index.html

### SANCTIONS
The timely submission of Form EIA-862 by those required to report is mandatory under 15 U.S.C. §772(b), as amended. Failure to respond may result in a civil penalty of not more than $12,937 each day for each violation. The government may bring a civil action to prohibit reporting violations which may result in a temporary restraining order or a preliminary or permanent injunction without bond. In such civil action, the court may also issue mandatory injunctions commanding any person to comply with these reporting requirements.

### REPORTING BURDEN
Public reporting burden for this collection of information is estimated to average 0.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Energy Information Administration, Office of Statistical Methods and Research, Mail Stop EI-21 Forrestal Building, 1000 Independence Avenue, SW, Washington, DC 20585-0670; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. A person is not required to respond to the collection of information unless the form displays a valid OMB number.

### DISCLOSURE OF INFORMATION
The following information reported on this survey will be protected and not disclosed to the extent that it satisfies the criteria for exemption under the Freedom of Information Act (FOIA), 5 U.S.C. §552, the Department of Energy (DOE) regulations, 10 C.F.R. §1004.11, implementing the FOIA, and the Trade Secrets Act, 18 U.S.C. §1905: All information associated with the "Survey Contact" and the "Survey Contact's Supervisor" on Schedule 1, and the "Electricity Bill(s)" (if provided). All other information reported on Form EIA-862 is public information and may be publicly released in company identifiable form.