# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

TEXAS BLOCKCHAIN COUNCIL, A §    CIVIL NO:
NONPROFIT ASSOCIATION, RIOT §    WA:24-CV-00099-ADA
PLATFORMS, INC. § 
 §
vs. §

DEPARTMENT OF ENERGY, JENNIFER
M. GRANHOLM, IN HER OFFICIAL
CAPACITY AS SECRETARY, ENERGY
INFORMATION ADMINISTRATION,
JOSEPH DECAROLIS, IN HIS OFFICIAL
CAPACITY AS ADMINISTRATOR,
OFFICE OF MANAGEMENT AND
BUDGET, SHALANDA YOUNG, IN HER
OFFICIAL CAPACITY AS DIRECTOR OF
OFF

## ORDER SETTING TEMPORARY RESTRAINING
## ORDER APPLICATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **TEMPORARY RESTRAINING ORDER HEARING** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Friday, February 23, 2024 at 11:30 AM**.  All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 22nd day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE