IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| TEXAS BLOCKCHAIN COUNCIL, a nonprofit association; RIOT PLATFORMS, INC., <br>     *Plaintiffs*; <br><br> v. <br><br> DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM, in her official capacity as Secretary of Energy; ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS, in his official capacity as Administrator of Energy Information Administration; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Director of Office of Management and Budget, <br>     *Defendants*. | No. 6:24-cv-99 |

## NOTICE OF APPEARANCE

To the Clerk of the Court and All Parties of Record:

    Please take notice that the undersigned attorney, Jeremy S.B. Newman of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the defendants in this matter.

Dated: February 23, 2024            Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                JULIE STRAUS HARRIS
                                                Assistant Director, Federal Programs Branch

                                                */s/ Jeremy S.B. Newman*
                                                JEREMY S.B. NEWMAN
                                                Trial Attorney (D.C. Bar # 1024112)
                                                U.S. Department of Justice, Civil Division
                                                Federal Programs Branch

1100 L St., NW
Washington, DC 20530
Tel: (202) 532-3114
Fax: (202) 616-8470
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*