# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXAS BLOCKCHAIN COUNCIL, a nonprofit association; RIOT PLATFORMS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM, in her official capacity as Secretary of Energy; ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS, in his official capacity as Administrator of Energy Information Administration; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Director of Office of Management and Budget, <br><br> *Defendants.* | Case No. 6:24-cv-99 |

## NOTICE OF FILING OF DECLARATION IN RESPONSE TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

Defendants hereby give notice of lodging of the attached declaration of Defendant Joseph DeCarolis, Administrator of the U.S. Energy Information Administration.

Dated: February 23, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

 */s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney (D.C. Bar # 1024112)

1

U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW
Washington, DC 20530
Tel: (202) 532-3114
Fax: (202) 616-8470
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

## Certificate of Service

I certify that on February 23, 2024, I served the foregoing document via the Court's CM/ECF system upon plaintiffs via their counsel.

> /s/ Jeremy S.B. Newman
> Jeremy S.B. Newman
> *Counsel for Defendants*