# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXAS BLOCKCHAIN COUNCIL, a nonprofit association; RIOT PLATFORMS, INC., <br><br>*Plaintiffs,* <br><br>v. <br><br>DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM, in her official capacity as Secretary of Energy; ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS, in his official capacity as Administrator of Energy Information Administration; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Director of Office of Management and Budget, <br><br>*Defendants.* | Case No. 6:24-cv-99 |

## NOTICE OF FILING OF DECLARATIONS

Defendants hereby give notice of lodging of the attached Supplemental Declaration of Defendant Joseph DeCarolis, Administrator of the U.S. Energy Information Administration, and Declaration of Dominic J. Mancini, Deputy Administrator of the Office of Information and Regulatory Affairs at the Office of Management and Budget.  In light of these declarations, Plaintiffs are unable to show imminent and irreparable harm in through March 22, 2024, as would be necessary to support a Temporary Restraining Order.

Dated: February 23, 2024                           Respectfully submitted,

                                                   BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

 */s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney (D.C. Bar # 1024112)
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L St., NW
Washington, DC 20530
Tel: (202) 532-3114
Fax: (202) 616-8470
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

## Certificate of Service

I certify that on February 23, 2024, I served the foregoing document via the Court's CM/ECF system upon plaintiffs via their counsel.

　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy S.B. Newman*＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Jeremy S.B. Newman
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*