**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| TEXAS BLOCKCHAIN COUNCIL, a nonprofit association; RIOT PLATFORMS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM, in her official capacity as Secretary of Energy; ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS, in his official capacity as Administrator of Energy Information Administration; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Director of Office of Management and Budget, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 6:24-cv-99 |

**AMENDED DECLARATION BY JOSEPH DECAROLIS**

I, Joseph DeCarolis, declare as follows:

1.      I am the Administrator of the U.S. Energy Information Administration (EIA) and, based on P.L. 95-91, 42 USC 7135, am responsible for the collection, evaluation and analysis of the data requested in the survey form EIA-862 that is subject to the above-captioned lawsuit.

2.      I learned of this lawsuit late yesterday evening.  In order to facilitate the Court's ability to hear from all parties in advance of issuing a decision on Plaintiffs' request for emergency relief, EIA has determined to exercise its discretion not to enforce any requirement to file the survey form EIA-862 through March 22, 2024.  EIA commits not to seek or impose any

1

fines, penalties, or other adverse consequences based on a failure to respond to the survey before March 25, 2024, the first business day after March 22, 2024.

3.      EIA further agrees that it will sequester and not share any data received from any party responding to form EIA-862 before March 25, 2024.

4.      EIA further agrees to notify all parties responding to Form EIA-862 of the content of this declaration, including posting a notice on EIA's website and by providing recipients of the survey with notice using the same means that EIA used to distribute the survey to those recipients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2024.

_____

Joseph DeCarolis
Administrator
U.S. Energy Information Administration

.

2