**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **TEXAS BLOCKCHAIN COUNCIL**, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>**DEPARTMENT OF ENERGY**, et al.,<br><br>        Defendants. | Case No. 6:24-cv-99 |

## DECLARATION OF DOMINIC J. MANCINI

I, Dominic J. Mancini, make the following declaration based upon my personal knowledge, upon information provided in my official capacity, and upon conclusions I reached based on that knowledge or information:

1.  I am the Deputy Administrator of the Office of Information and Regulatory Affairs (OIRA) at the Office of Management and Budget (OMB), which is an office in the Executive Office of the President (EOP). I have served in this position, which is the senior-most career position within OIRA, since 2013.

2.  I have been informed by counsel that this suit concerns a survey prepared by the U.S. Energy Information Administration titled "Cryptocurrency Mining Facilities Report" (EIA-862). Consistent with OIRA's approval process for this survey as an information collection under the Paperwork Reduction Act, this survey was uploaded to Reginfo.gov, a website administered by OIRA, in early 2024 and copies were available for download on that website until today.

3.  OIRA has removed copies of EIA-862 from Reginfo.gov, and will not repost EIA-862 on Reginfo.gov until at least March 25, 2024.

## CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed in Washington, D.C., on the 23rd day of February, 2024.

_____

Dominic J. Mancini