# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TEXAS BLOCKCHAIN COUNCIL, A NONPROFIT ASSOCIATION, RIOT PLATFORMS, INC. | § § § § | CIVIL NO: WA:24-CV-00099-ADA |
| vs. | § § | |
| DEPARTMENT OF ENERGY, JENNIFER M. GRANHOLM, IN HER OFFICIAL CAPACITY AS SECRETARY, ENERGY INFORMATION ADMINISTRATION, JOSEPH DECAROLIS, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR, OFFICE OF MANAGEMENT AND BUDGET, SHALANDA YOUNG, IN HER OFFICIAL CAPACITY AS DIRECTOR OF OFF | | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Wednesday, February 28, 2024 at 10:00 AM**.  All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 23rd day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE