UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

TEXAS BLOCKCHAIN COUNCIL, et. al.

vs.                                              Case No.: 6:24-cv-99

DEPARTMENT OF ENERGY, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Kara McKenna Rollins, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Texas Blockchain Council & Riot Platforms in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) New Civil Liberties Alliance with offices at:

   Mailing address: 1225 19th St. NW, Suite 450

   City, State, Zip Code: Washington, DC 20036

   Telephone: (202) 869-5210     Facsimile: (202) 869-5238

2. Since December 22, 2014, Applicant has been and presently is a member of and in good standing with the Bar of the State of New Jersey. Applicant's bar license number is 107002014.

3. Applicant has been admitted to practice before the following courts:

   Court:                                        Admission date:
   See attached supplemental admission

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Mark D. Siegmund

Mailing address: 400 Austin Ave Suite 903

City, State, Zip Code: Waco, TX 76701

Telephone: (254) 633-3011

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Kara McKenna Rollins to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kara McKenna Rollins
[printed name of Applicant]

*Kara McKenna Rollins*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 23 day of February, 2024.

Kara McKenna Rollins
[printed name of Applicant]

*Kara McKenna Rollins*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

Supplemental Statement of Kara McKenna Rollins

Question 3 – Supplemental Bar Admission Information:

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status |
|---|---|---|---|
| New Jersey | 107002014 | 12/22/2014 | Active |
| New York | 5389622 | 12/02/2015 | Active |
| District of Columbia | 1046799 | 05/05/2017 | Active |
| U.S. District Court for the District of Columbia | 1046799 | 03/05/2018 | Active |
| U.S. Supreme Court | | 04/30/2018 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 3363313022 | 02/08/2019 | Active |
| U.S. Court of Appeals for the Second Circuit | | 03/13/2020 | Active |
| U.S. District Court for the District of New Jersey | 107002014 | 06/23/2020 | Active |
| U.S. Circuit Court for the Third Circuit | | 03/06/2021 | Active |
| U.S. Court of Appeals for the Federal Circuit | | 02/01/2021 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 000001851 | 03/08/2022 | Active |
| U.S. Court of Federal Claims | | 09/29/2022 | Active |
| U.S. Court of Appeals for the Tenth Circuit | | 12/12/2022 | Active |