# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

TEXAS BLOCKCHAIN COUNCIL, et. al.

vs.                                       Case No.: 6:24-cv-99

DEPARTMENT OF ENERGY, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _Kara McKenna Rollins_, counsel for _Texas Blockchain Council & Riot Platforms_, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _Kara McKenna Rollins_ may appear on behalf of _Texas Blockchain Council & Riot_ in the above case.

IT IS FURTHER ORDERED that _Kara McKenna Rollins_, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _February_, 20_____.

_____
UNITED STATES DISTRICT JUDGE