# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXAS BLOCKCHAIN COUNCIL, a nonprofit association; RIOT PLATFORMS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM, in her official capacity as Secretary of Energy; ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS, in his official capacity as Administrator of Energy Information Administration; OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG, in her official capacity as Director of Office of Management and Budget, <br><br> *Defendants*. | Case No. 6:24-cv-99 |

## ORDER

Having considered the CHAMBER OF DIGITIAL COMMERCE'S MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF, and any opposition thereto, IT IS ORDERED that the motion is GRANTED.

The Chamber of Digital Commerce is HEREBY allowed to permissively intervene in the above captioned matter will all the same rights and responsibilities as a party to the lawsuit.

SIGNED THIS ____ DAY OF _____, 2024

_____
UNITED STATES DISTRICT COURT JUDGE