**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **TEXAS BLOCKCHAIN COUNCIL, A NONPROFIT ASSOCIATION; AND RIOT PLATFORMS, INC.,** §<br>§<br>§<br>*Plaintiffs,* § | | **W-24-CV-00099-ADA** |

**TEXAS BLOCKCHAIN COUNCIL, A
NONPROFIT ASSOCIATION; AND
RIOT PLATFORMS, INC.,**                §
                                        §               **W-24-CV-00099-ADA**
          *Plaintiffs,*                 §
                                        §
*v.*                                    §
                                        §
**DEPARTMENT OF ENERGY,**               §
**JENNIFER M. GRANHOLM, IN HER**        §
**OFFICIAL CAPACITY AS**
**SECRETARY OF ENERGY;  ENERGY**
**INFORMATION ADMINISTRATION,**
**JOSEPH DECAROLIS, IN HIS**
**OFFICIAL CAPACITY AS**
**ADMINISTRATOR OF ENERGY**
**INFORMATION ADMINISTRATION;**
**OFFICE OF MANAGEMENT AND**
**BUDGET,  SHALANDA YOUNG, IN**
**HER OFFICIAL CAPACITY AS**
**DIRECTOR OF OFFICE OF**
**MANAGEMENT AND BUDGET; AND**
**CHAMBER OF DIGITAL**
**COMMERCE,**
          *Defendants.*

## ORDER CANCELLING PRELIMINARY INJUNCTION HEARING

During a telephonic conference on February 27th, 2024, the parties represented to the Court that an agreement-in-principle was reached on the underlying disputes in the above captioned matter. The parties then jointly requested that the preliminary injunction hearing be cancelled. Therefore, **IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for **PRELIMINARY INJUNCTION HEARING** on **Wednesday, February 28, 2024 at 10:00 AM** is hereby **CANCELLED** until further order of the court. The Parties are also **ORDERED** to memorialize their agreement by filing it on the docket and attach a proposed order on or before **March 1, 2024.**

SIGNED this 27th day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE