UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **TEXAS BLOCKCHAIN COUNCIL,** a nonprofit association; **RIOT PLATFORMS, INC.,** *Plaintiffs* v. **DEPARTMENT OF ENERGY; JENNIFER M. GRANHOLM,** in her official capacity as Secretary of Energy; **ENERGY INFORMATION ADMINISTRATION; JOSEPH DECAROLIS,** in his official capacity as Administrator of Energy Information Administration; **OFFICE OF MANAGEMENT AND BUDGET; SHALANDA YOUNG,** in her official capacity as Director of Office of Management and Budget, *Defendants.* | Case No. 6:24-cv-99 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**

This matter comes before the Court on motion for leave for the Sierra Club to file an amicus curiae brief in support of neither party. Having reviewed all arguments before the Court and the proposed brief, the Court exercises its discretion to **GRANT** the motion. The amicus brief is deemed filed.

1

**IT IS SO ORDERED.**

Dated: _____                                                    _____

                                                                                                                           The Honorable Alan Albright