# **EXHIBIT 2**

| | |
|---|---|
| **From:** | Kate Huddleston |
| **To:** | Mark Siegmund |
| **Cc:** | Chris Davis; Joshua Smeltzer; kara.rollins@ncla.legal; russ.ryan@ncla.legal; Megan Wachspress; Sanjay Narayan |
| **Subject:** | [EXTERNAL] Re: Texas Blockchain Council v. DOE - position on amicus |
| **Date:** | Tuesday, February 27, 2024 2:53:51 PM |

Thanks for getting back to us so quickly, Mark, and sending the order.

Best,
Kate

On Tue, Feb 27, 2024 at 2:42 PM Mark Siegmund <MSiegmund@cjsjlaw.com> wrote:

> Hi Kate,
>
> The Court is not holding a PI hearing and just issued an order removing the hearing. See ECF No. 17. Additionally, this case is essentially resolved, as the Parties were ordered to file the agreement with the Court. Therefore, we believe any brief is improper. We oppose.
>
> Sincerely,
>
> Mark
>
> **Mark D. Siegmund**
>
> Partner
>
> **CHERRY JOHNSON SIEGMUND JAMES, PLLC**
>
> (254)732-2242
>
> www.cjsjlaw.com
>
> **From:** Kate Huddleston <kate.huddleston@sierraclub.org>
> **Sent:** Tuesday, February 27, 2024 1:54 PM
> **To:** Mark Siegmund <MSiegmund@CJSJLAW.com>; cdavis@grayreed.com; jsmeltzer@grayreed.com; kara.rollins@ncla.legal; russ.ryan@ncla.legal
> **Cc:** Megan Wachspress <megan.wachspress@sierraclub.org>; Sanjay Narayan <sanjay.narayan@sierraclub.org>
> **Subject:** Texas Blockchain Council v. DOE - position on amicus

Hi all--

Sierra Club is planning to file an amicus brief in opposition to the issuance of a preliminary injunction in Texas Blockchain Council v. DOE, 6:24-cv-00099. Could you please let us know your position on this filing by 3:30 PM Central?

Thanks,

Kate Huddleston

--

**Kate Huddleston**
(she/her)
Staff Attorney
Sierra Club Environmental Law Program
Houston, TX
713.714.6384
[kate.huddleston@sierraclub.org](mailto:kate.huddleston@sierraclub.org)