IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **TEXAS BLOCKCHAIN COUNCIL**, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**DEPARTMENT OF ENERGY**, et al.,<br><br>　　　　　Defendants. | Case No. 6:24-cv-99 |

### SUPPLEMENTAL DECLARATION OF DOMINIC J. MANCINI

I, Dominic J. Mancini, make the following declaration based upon my personal knowledge, upon information provided in my official capacity, and upon conclusions I reached based on that knowledge or information:

1. I am the Deputy Administrator of the Office of Information and Regulatory Affairs (OIRA) at the Office of Management and Budget (OMB), which is an office in the Executive Office of the President (EOP). I have served in this position, which is the senior-most career position within OIRA, since 2013.

2. On February 26, 2024, the U.S. Energy Information Administration (EIA) submitted a letter to OMB stating that EIA was immediately discontinuing its emergency collection of information using a survey titled "Cryptocurrency Mining Facilities Report" (EIA-862), and requesting that OMB approve EIA's discontinuance of the emergency authorization. EIA's letter explained that EIA had decided that it will not proceed through the PRA's emergency collection procedures, and instead that EIA would proceed through the PRA's notice-and-comment procedures with respect to any collection of information covering such data.

3.   On February 26, 2024, OIRA approved EIA's request to discontinue EIA's emergency authorization of Form EIA-862, effective immediately. The notice reflecting this discontinuance is attached as Exhibit A.

## CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., on the 27th day of February, 2024.

_____
Dominic J. Mancini

# Exhibit A

# NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION

Date    02/26/2024

Department of Energy
Energy Information Administration

FOR CERTIFYING OFFICIAL:      Sandra Logan
FOR CLEARANCE OFFICER:        Kenneth Pick

In accordance with the Paperwork Reduction Act, OMB has taken action on your request received 02/26/2024

ACTION REQUESTED:      Discontinue
TYPE OF REVIEW REQUESTED:
ICR REFERENCE NUMBER:       202402-1905-001
AGENCY ICR TRACKING NUMBER:
TITLE:       Cryptocurrency Mining Facilities Survey

OMB ACTION:  Approved
OMB CONTROL NUMBER:    1905-0213

EXPIRATION DATE:                                    DISCONTINUE DATE:
02/29/2024

COMMENT:        The approval on this collection will be discontinued on the above date provided that no other actions are taken on this OMB Control Number. The monthly inventory of active collections will report the above date as the expiration date.

OMB Authorizing Official:    Dominic J. Mancini
                             Deputy Administrator,
                             Office Of Information And Regulatory Affairs